1  LONNIE D. GIAMELA, SBN 228435
   E-Mail  lgiamela@fisherphillips.com
2  FISHER & PHILLIPS LLP
   444 South Flower Street, Suite 1590
3  Los Angeles, California 90071
   Telephone: (213) 330-4500
4  Facsimile: (213) 330-4501

5  Attorneys for Defendant
   LKQ CORPORATION WELFARE BENEFIT PLAN

6

7

8                       UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | CRYSTAL WIGGINS,                       | Case No: 2:16-cv-01112-JAM-AC

12 |                  Plaintiff,

13 |         v.                             | **JOINT AND AGREED UPON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT LKQ CORPORATION WELFARE BENEFIT PLAN TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; PROPOSED ORDER**

14 | LKQ CORPORATION WELFARE BENEFIT PLAN, ,

15 |                  Defendant .

16

17 |                                        | Complaint Filed: May 23, 2016
   |                                        | Trial Date:      None Set
18

19        Defendant, LKQ Corporation Welfare Benefit Plan ("Defendants"), and Plaintiff,

20 Crystal Wiggins ("Plaintiff"), submit their joint and agreed upon stipulation to provide

21 Defendants with an extension of time of forty-five (45) days, until August 8, 2016, to submit

22 their answer or other responsive pleading to Plaintiff's Complaint, and in support of this

23 Stipulation state as follows:

24        1.    On May 23, 2016, Plaintiff filed the Complaint in this matter which contains

25 claims arising under the Employee Retirement Income Security Act of 1974 ("ERISA").

26        2.    On or about May 27, 2016, Defendant was served with a copy of the Complaint

27 and summons.  Defendant had until approximately June 24, 2016, to file their answer or other

28 responsive pleading to the Complaint.

///

3. Plaintiff's counsel previously agreed that the Defendant's deadline to respond to the Complaint would be extended until August 8, 2016.

4. This stipulation is not being submitted for the purpose of undue delay or for any improper purpose. In addition, this stipulation will not impact any existing scheduling dates.

WHEREFORE, the parties respectfully submit their stipulation providing Defendant with an extension of time until August 8, 2016, to submit their answer or other responsive pleading to Plaintiff's Complaint.

Dated: July 14, 2016

           FISHER & PHILLIPS LLP

        By /s/ Lonnie D. Giamela :
          LONNIE D. GIAMELA
          Attorneys for Defendant
          LKQ CORPORATION WELFARE
          BENEFIT PLAN

Dated: July 14, 2016

           KANTOR & KANTOR, LLP

        By: /s/ Elizabeth K. Green
          ELIZABETH K. GREEN
          Attorneys for Plaintiff
          CRYSTAL WIGGINS

# ORDER

This matter having come before the Court on the parties' **JOINT AND AGREED UPON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**, Defendants shall have until August 8, 2016, to submit its answer or other responsive pleading to Plaintiff's Complaint.

IT IS SO ORDERED:

Dated: July 14, 2016              /s/ John A. Mendez
                                  Hon. John A. Mendez
                                  UNITED STATES DISTRICT JUDGE

3

JOINT AND AGREED UPON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; PROPOSED ORDER
FPDOCS 31884252.1