Lisa S. Kantor, Esq., SBN 110678
e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq., SBN 199634
e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Crystal Wiggins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL WIGGINS,<br><br>    Plaintiff,<br><br>v.<br><br>LKQ CORPORATION WELFARE BENEFIT PLAN,<br><br>    Defendant. | Case No.: 16-cv-01112-JAM-DB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE** |

## **ORDER**

Pursuant to the stipulation of the parties, the Motion for Summary Judgment briefing schedule is continued as follows:

---

[Proposed] ORDER GRANTING STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE

FPDOCS 32056339.2

| Event | Current Date | Proposed New Date |
|---|---|---|
| Plaintiff's Motion for Summary Judgment | March 10, 2017 | May 19, 2017 |
| Defendant's Opposition and Cross MSJ | March 31, 2017 | June 9, 2017 |
| Plaintiff's Reply and Opposition to MSJ | April 14, 2017 | June 23, 2017 |
| Defendant's Reply | April 21, 2017 | June 30, 2017 |
| Hearing on the Cross Motions | May 16, 2017 at 1:30 p.m. | Sept. 19, 2017 at 1:30 p.m |

**IT IS SO ORDERED.**

Dated: 3/3/2017                              /s/ John A. Mendez_____
                                             HON. JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT
                                             FOR THE EASTERN DISTRICT OF
                                             CALIFORNIA

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525