Lonnie D. Giamela, SBN 228435
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1590
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501
lgiamela@fisherphillips.com

Kathleen McLeod Caminiti (Admitted *pro hac vice*)
FISHER & PHILLIPS LLP
430 Mountain Avenue, Suite 303
Murray Hill, New Jersey 07974
Telephone: (908) 516-1050
Facsimile: (908) 516-1051
kcaminiti@fisherphillips.com

Attorneys for Defendant
LKQ CORPORATION WELFARE BENEFIT PLAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL WIGGINS,<br><br>        Plaintiff,<br><br>   v.<br><br>LKQ CORPORATION WELFARE<br>BENEFIT PLAN,<br><br>        Defendant. | Case No: 2:16-cv-01112-JAM-DB<br><br>**STIPULATION OF DISMISSAL<br>   WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41] |

       **IT IS HEREBY STIPULATED** by and between the parties in this action throughtheir designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by the parties.

KANTOR & KANTOR, LLP

Dated:                              By: /s/ Elizabeth K. Green
                                         ELIZABETH K. GREEN
                                         Attorneys for Plaintiff,
                                         Crystal Wiggins


Dated:                              FISHER & PHILLIPS LLP


                                    By:   /s/ Lonnie D. Giamela
                                          LONNIE D. GIAMELA

                                          /s/ Kathleen McLeod Caminiti
                                          KATHLEEN MCLEOD CAMINITI

                                          Attorneys for Defendant
                                          LKQ CORPORATION WELFARE
                                          BENEFIT PLAN


## <u>ORDER</u>

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed in its entirety,

**WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall

bear their own costs and attorney fees in connection with the lawsuit and the negotiation and

preparation of any agreement entered into by such parties.



Dated:  5/12/2017                   /s/ John A. Mendez

                                    U. S. DISTRICT COURT JUDGE